JOHN G. GEORGE, ESQ.
Nevada Bar No. 12380
LAW OFFICE OF JOHN G. GEORGE
732  6th Street, Suite 100
Las Vegas, Nevada  89101
Telephone:(702) 561-7855
Facsimile:(702) 446-1577
E-mail: johngeorgejr@fastmail.fm
Attorney for Defendant
Ronald Smith

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD SMITH<br><br>Defendant. | Case No. 2:16-CR-00052-GMN-CWH<br><br>**ORDER ON MOTION FOR LEAVE TO OBTAIN A PRE-PLEA PRESENTENCE REPORT** |

    Defendant Ronald Smith seeks leave for the preparation of a pre-plea presentence report for the limited purpose of determining Mr. Smith's criminal history to assist in finalizing the parties' plea negotiations.  The compilation of such a criminal history would serve the ends of justice and would not be unduly burdensome under the circumstances.

    Accordingly, and for the foregoing reasons,

    IT IS HEREBY ORDERED that Defendant Ronald Smith's Motion for a Pre-Plea Presentence Report for a determination of criminal history (ECF No. 122) is GRANTED.

IT IS FURTHER ORDERED that the United States Probation Office shall prepare and provide to the Court by April 3, 2017, a Pre-Plea Presentence Investigation Report for the purpose of determining Defendant Smith's criminal history only.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

**Dated** this ___31___ day of January 2017