JOHN G. GEORGE, ESQ.
Nevada Bar No. 12380
LAW OFFICE OF JOHN GEORGE
820 s 7TH Street, Suite B
Las Vegas, Nevada 89101
Telephone: (702) 561-7855
Facsimile: (702) 446-1577
E-mail: johngeorgejr@fastmail.fm
Attorney for Defendant
*RONALD SMITH*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-cr-00052-GMN-CWH |
| Plaintiff, | |
| V | |
| RONALD REAGAN SMITH, | |
| Defendant. | |

## STIPULATION TO CONTINUE SENTENCING

## (Second Request)

IT IS HEREBY STIPULATED AND AGREED between the parties, Dayle Elieson, United States Attorney for the District of Nevada; Phillip Smith, Assistant United States Attorney, counsel for the United States; and John G. George, counsel for Ronald Reagan Smith; that this Court issue an Order continuing the sentencing of Ronald Reagan Smith. The attorney for the United States, the Defendant and his counsel, all approve of this request to continue sentencing.

The parties state as follows:

1) The presently scheduled day for sentencing is February 1, 2018 at 9:00 a.m.

2) Counsel ordered a transcript of the hearing in which Mr. Smith accepted his plea, and that transcript has not yet arrived. Counsel would like time to review that transcript with Mr. Smith, as well as the recommendations from the Department of Parole and Probation in the amended PSR from the Department of Parole and Probation.

3) Counsel for Mr. Smith conferred with counsel for the United States and counsel for the United States does not oppose this request.

4) Counsel for Mr. Smith is requesting two weeks continuance.

5) A denial of this request could result in a miscarriage of justice.

DATED this 25th day of January, 2018.


Respectfully submitted:

/s/ Philip Smith
PHILLIP SMITH, ESQ.
Counsel for the United States
Assistant United States Attorney

/s/ John G. George
JOHN G. GEORGE, ESQ.
Counsel for Defendant
Ronald Smith

JOHN G. GEORGE, ESQ.
Nevada Bar No. 12380
LAW OFFICE OF JOHN GEORGE
820 S 7th Street Suites B
Las Vegas, Nevada 89101
Telephone: 702-561-7855
Facsimile: 702-446-1577
E-mail: jggeorgelaw@gmail.com
Attorney for Defendant
*RONALD REAGAN SMITH*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00052-GMN-CWH |
| Plaintiff, | |
| V. | **FINDINGS OF FACT CONCLUSIONS OF LAW AND ORDER** |
| RONALD REAGAN SMITH, | |
| Defendant. | |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore the Court finds: that:

1. On February 1, 2018, Ronald Reagan Smith is scheduled to be sentenced.

2. Counsel for the United States, AUSA Phillip Smith, and counsel for Ronald Reagan Smith conferred and all agree to continue the sentencing for the short time requested, e.g. two weeks.

3. Counsel for Mr. Smith makes this request in order to review a transcript and the amended PSR with Mr. Smith when they become available.

4. A denial of this continuance could result in a miscarriage of justice as doing so could

result in Mr. Smith being unprepared for sentencing.

**CONCLUSIONS OF LAW**

The ends of justice will be served by granting this continuance as it will enable Defendant the possibility of preparing for his sentencing more thoroughly.

**ORDER**

IT IS HEREBY ORDERED that the sentencing date currently scheduled for 9:00 a.m. on February 1 2018 be vacated and re-scheduled for  February 21  , 2018  at  10:00   a.m.

DATED  this 25th day of January. 2018.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:
LAW OFFICE OF JOHN GEORGE

  /s/ John George
JOHN G. GEORGE, ESQ.
Nevada Bar No. 12380
820 S 7th Suite B
Las Vegas, Nevada  89101
Telephone:(702) 561-7855
Facsimile:(702) 446-1577
E-mail:  johngeorgejr@fastmail.fm
Attorney for Defendant
*Ronald Reagan Smith*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 25th of January, 2018 I served a true and correct copy of the foregoing **STIPULATION TO CONTINUE SENTENCING** addressed to the following counsel of record and/or party at the following address:

__X__ mandatory electronic service (e-service), via CM/ECF proof of e-service attached to any copy filed with the Court;

_____ by facsimile transmission, proof of transmission attached to any copy filed with the Court; or

_____ *by U.S. Mail: By placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as indicated on the service list below in the United States mail at Las Vegas, Nevada to the below address*:

DAYLE ELIESON, ESQ.
United States Attorney
PHILLIP SMITH, ESQ.
Assistant United States Attorney
501 Las Vegas Blvd. South
Las Vegas, NV 89101

_/s/John George_____
An Employee of
*THE LAW OFFICE OF JOHN G. GEORGE*